| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mehta, Amit P. | US District Court for the District of Columbia | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court Judge | ☐ Nomination    Date ☐ Initial  ☑ Annual  ☐ Final ☐ 5b.  Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Zuckerman Spaeder LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2015 | Zuckerman Spaeder LLP, gross partnership income from January 1, 2015, to January 21, 2015, for provision of legal services | $19,220.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2015 | Zuckerman Spaeder LLP, partnership income for provision of legal services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Univ. of Virginia Law Review | August 18-19, 2015 | Charlottesville, VA | Speech | Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | ACS | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | L | T | | | | | |
| 2. Merrill Lynch Accounts | A | Interest | | | Closed | 09/08/15 | K | A | |
| 3. BNY Mellon Accounts | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. 401(k) #1 | C | Dividend | | | Closed | 06/22/15 | N | | Rollover to IRA #1 |
| 6. - American Funds EuroPacific Growth Fund | | | | | | | | | |
| 7. - American Funds Growth Fund of America | | | | | | | | | |
| 8. - American Funds New Perspective Fund | | | | | | | | | |
| 9. - American Funds Smallcap World Fund | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. 401(k) #2 | E | Dividend | O | T | | | | | |
| 12. - American Funds Growth Fund of America | | | | | | | | | |
| 13. - American Funds New Perspective Fund | | | | | | | | | |
| 14. - Americna Funds Washington Mutual Investors Fund | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. DC 529 Accounts (H) | | | | | | | | | |
| 17. Calvert Balanced Portfolio | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DC College Savings Plan Age 0-5 | | | L | T | Buy | 11/16/15 | J | | |
| 19. DC College Savings Plan Age 6-10 | | | M | T | Buy | 05/04/15 | J | | |
| 20. | | | | | | | | | |
| 21. IRA #1 | C | Dividend | | | Closed | 09/08/15 | O | | Rollover to IRA #2 |
| 22. - Bank of America Cash Account (IRA) | | | | | | | | | |
| 23. - Select Sector SPDR TR Consumer | | | | | Buy | 01/27/15 | J | | |
| 24. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 25. | | | | | | | | | |
| 26. - EGA Emerging Global Shares TR EGshares | | | | | Buy | 01/27/15 | J | | |
| 27. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 28. | | | | | | | | | |
| 29. - Select Sector SPDR TR Health Care | | | | | Buy | 01/27/15 | J | | |
| 30. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 31. | | | | | | | | | |
| 32. - Ishares TR MSCI EAFE ETF | | | | | Buy | 01/27/15 | K | | |
| 33. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 34. | | | | | Sold (part) | 04/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 36. | | | | | | | | | |
| 37.    - Ishares TR IBoxx USD Invt Grade Corp Bond | | | | | Buy | 01/27/15 | J | | |
| 38. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 39. | | | | | Sold (part) | 08/25/15 | K | | |
| 40. | | | | | | | | | |
| 41.    - Ishares TR Tips Bond ETF | | | | | Buy | 01/27/15 | J | | |
| 42. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 43. | | | | | | | | | |
| 44.    - Ishares 3-7 Year Treasure Bond ETF | | | | | Buy | 01/27/15 | J | | |
| 45. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 46. | | | | | Sold (part) | 08/25/15 | J | A | |
| 47. | | | | | | | | | |
| 48.    - Isharees TR MBS ETF | | | | | Buy | 01/27/15 | J | | |
| 49. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 50. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 51. | | | | | Sold (part) | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. - Ishares Inc Core MSCI Emerging Mkts ETF | | | | | Buy | 01/27/15 | J | | |
| 54. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 55. | | | | | Sold (part) | 08/25/15 | J | A | |
| 56. | | | | | | | | | |
| 57. - Market Vectors Emrg Mkts Local Currency Debt ETF | | | | | Buy | 01/27/15 | J | | |
| 58. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 59. | | | | | | | | | |
| 60. - Materials Select Sector SPDR Fund | | | | | Buy | 01/27/15 | J | | |
| 61. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 62. | | | | | | | | | |
| 63. - Powershares Global Exchange Traded FD TR | | | | | Buy | 01/27/15 | J | | |
| 64. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 65. | | | | | | | | | |
| 66. - Powershares Preferred Portfolio | | | | | Buy | 01/27/15 | J | | |
| 67. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - Sector SPDR Consumers Staples | | | | | Buy | 01/27/15 | J | | |
| 70. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 71. | | | | | | | | | |
| 72.    - Sector SPDR Energy | | | | | Buy | 01/27/15 | J | | |
| 73. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 74. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 75. | | | | | | | | | |
| 76.    - Sector SPDR Industrial | | | | | Buy | 01/27/15 | J | | |
| 77. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 78. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 79. | | | | | | | | | |
| 80.    - Sector SPDR Utilities | | | | | Buy | 01/27/15 | J | | |
| 81. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 82. | | | | | Sold (part) | 08/25/15 | J | A | |
| 83. | | | | | | | | | |
| 84.    - SPDR Barclays High Yield Bond ETF | | | | | Buy | 01/27/15 | J | | |
| 85. | | | | | Buy (add'l) | 06/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. - Vangaurd World FDS Vanguard Financials ETF | | | | | Buy | 01/27/15 | K | | |
| 88. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 89. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 90. | | | | | | | | | |
| 91. - Vanguard World FDS Vangaurd Information Technology ETF | | | | | Buy | 01/27/15 | J | | |
| 92. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 93. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 94. | | | | | | | | | |
| 95. - Vanguard Worlds FDS Vangaaurd Telecomm Srvcs ETV | | | | | Buy | 01/27/15 | J | | |
| 96. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 97. | | | | | | | | | |
| 98. - Vanguard BD Index FD Inc Intermediate Term Bond ETF | | | | | Buy | 01/27/15 | J | | |
| 99. | | | | | Buy (add'l) | 06/17/15 | J | | |
| 100. | | | | | Buy (add'l) | 06/23/15 | K | | |
| 101. | | | | | Sold (part) | 08/25/15 | J | A | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard BD Index FD Inc Short Term Bond | | | | | Buy | 06/23/15 | K | | |
| 104. | | | | | Sold (part) | 08/25/15 | J | A | |
| 105. | | | | | | | | | |
| 106.  - Autonation Inc | | | | | Sold | 01/05/15 | J | A | |
| 107.  - Citigroup Inc Com New | | | | | Sold | 01/27/15 | J | A | |
| 108.  - Ishares 1-3 year | | | | | Sold | 01/27/15 | J | A | |
| 109.  - Vanguard Short Term Bond | | | | | Sold | 01/27/15 | J | A | |
| 110.  - Hess Corp | | | | | Sold | 01/08/15 | J | A | |
| 111.  - SPDR Barclays St | | | | | Sold | 01/27/15 | J | A | |
| 112.  - O'Reilly Automotive | | | | | Sold | 01/05/15 | J | A | |
| 113.  - Well Fargo & Co New Del | | | | | Sold (part) | 01/05/15 | J | A | |
| 114. | | | | | Sold | 01/27/15 | J | A | |
| 115.  - First Eagle Global CL I | | | | | Sold (part) | 01/05/15 | J | A | |
| 116. | | | | | Sold | 01/27/15 | K | B | |
| 117.  - Ivy Asset Strategy FD I | | | | | Sold | 01/27/15 | K | A | |
| 118.  - Blackrock Global Accloc 1 | | | | | Sold (part) | 01/05/15 | J | A | |
| 119. | | | | | Sold | 01/27/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - BBT Corp Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 121. - Cognizant Tech Solutions A Common Stock | | | | | Sold | 01/05/15 | J | A | |
| 122. - Citigroup Inc Common Stock | | | | | Sold | 01/05/15 | J | A | |
| 123. - Dentsply Int'l Inc Common Stock | | | | | Sold | 01/05/15 | J | A | |
| 124. - Disney Co Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 125. - Exxon Mobil Corp Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 126. - Fifth Third Corp Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 127. - Franklin Res Inc Common Stock | | | | | Sold | 01/20/15 | J | A | |
| 128. - Vanguard Dividend | | | | | Sold | 01/27/15 | J | A | |
| 129. - First Tr Large Cap | | | | | Sold | 01/27/15 | J | A | |
| 130. - General Electric Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 131. - Gamestop Corp New CL A Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 132. - Intel Corp Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 133. - FT NASDAQ Tech DVD Index Fund | | | | | Sold | 01/27/15 | J | A | |
| 134. - First Tr Dorsey Wrt | | | | | Sold | 01/27/15 | J | A | |
| 135. - Intercontinental Exchange Inc. Common Stock | | | | | Sold | 01/05/15 | J | A | |
| 136. - Lyondellbasell Industrie Common Stock | | | | | Sold | 01/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Lennar Corp Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 138. - Pfizer Inc Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 139. - State Street Corp Common Stock | | | | | Sold (part) | 01/05/15 | J | A | |
| 140. | | | | | Sold | 01/27/15 | J | A | |
| 141. - Unum Group Common Stock | | | | | Sold (part) | 01/05/15 | J | A | |
| 142. | | | | | Sold | 01/08/15 | J | A | |
| 143. - Verizon Communications Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 144. - Wal-Mart Stores Inc Common Stock | | | | | Sold | 01/27/15 | J | A | |
| 145. - NY Asset Strategy FD I | | | | | Sold | 01/27/15 | J | A | |
| 146. - Ivy Science & Technology Fund | | | | | Sold (part) | 01/05/15 | J | A | |
| 147. | | | | | Sold | 01/27/15 | J | A | |
| 148. | | | | | | | | | |
| 149. IRA #2 | D | Dividend | O | T | | | | | |
| 150. - Pershing Government Account | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. - Select Sector SPDR TR Consumer | | | | | | | | | |
| 153. - EGA Emerging Global Shares TR EGshares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Select Sector SPDR TR Health Care | | | | | | | | | |
| 155.  - Ishares TR MSCI EAFE ETF | | | | | | | | | |
| 156.  - Ishares TR IBoxx USD Invt Grade Corp Bond | | | | | | | | | |
| 157.  - Ishares TR Tips Bond ETF | | | | | | | | | |
| 158.  - Ishares 3-7 Year Treasure Bond ETF | | | | | | | | | |
| 159.  - Isharees TR MBS ETF | | | | | | | | | |
| 160.  - Ishares Inc Core MSCI Emerging Mkts ETF | | | | | | | | | |
| 161.  - Market Vectors Emrg Mkts Local Currency Debt ETF | | | | | | | | | |
| 162.  - Materials Select Sector SPDR Fund | | | | | | | | | |
| 163.  - Powershares Global Exchange Traded FD TR | | | | | | | | | |
| 164.  - Powershares Preferred Portfolio | | | | | | | | | |
| 165.  - Sector SPDR Consumers Staples | | | | | | | | | |
| 166.  - Sector SPDR Energy | | | | | | | | | |
| 167.  - Sector SPDR Industrial | | | | | | | | | |
| 168.  - Sector SPDR Utilities | | | | | | | | | |
| 169.  - SPDR Barclays High Yield Bond ETF | | | | | | | | | |
| 170.  - Vangaurd World FDS Vanguard Financials ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vanguard World FDS Vangaurd Information Technology ETF | | | | | | | | | |
| 172. - Vanguard Worlds FDS Vangaaurd Telecomm Srvcs ETV | | | | | | | | | |
| 173. - Vanguard BD Index FD Inc Intermediate Term Bond ETF | | | | | | | | | |
| 174. - Vanguard BD Index FD Inc Short Term Bond | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mehta, Amit P. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

I resigned from partnership at Zuckerman Spaeder on January 21, 2015, before commencing my tenure on the bench.

I resigned from my position as Director of the Mid-Atlantic Innocence Project in April 2015.

III. Non-Investment Income

My income from Zuckerman Spaeder LLP was for legal services before I began on the bench on January 22, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amit P. Mehta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544